CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Mehl Anthony Melton**; DOB: 1960; United States Citizen<br>**Lynn Frances Self**; DOB: 1953; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**22-00082MJ** |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about January 19, 2022, in the District of Arizona, **Mehl Anthony Melton** and **Lynn Frances Self**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**
**COUNT 2 (Felony)** On or about January 19, 2022, in the District of Arizona, **Mehl Anthony Melton** and **Lynn Frances Self**, knowing and in reckless disregard of the fact that certain illegal aliens, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On January 19, 2022, Border Patrol Agents (BPAs) were observing traffic on N. Kings highway near Douglas, Arizona due to an increase in vehicles attempting to load and smuggle non-citizens in the area. At approximately 3:47 p.m., BPAs observed a gold Mercedes Benz ML pull up and stop behind the BPAs unmarked vehicle. At this point BPAs were able to see two subjects in the vehicle, the passenger being recognized as **Lynn Frances SELF** due to her previous arrests for alien smuggling. BPAs observed the vehicle as it then drove a few hundred yards north on N. Kings highway, make a multipoint U-turn and then drive southbound to Massai lane, the vehicle did this two times. Shortly after the second time the vehicle turned westbound on Massai lane, BPAs observed three individuals run out of the brush from the east side of N. Kings highway to the west, towards the same location where the Mercedes was seen turning westbound. Shortly after, the Mercedes was then seen traveling back northbound at a high rate of speed. BPAs followed and as they caught up to the vehicle, they were able to see multiple heads of passengers in the rear seats of the Mercedes. BPAs activated their emergency lights and sirens in an attempt to conduct a vehicle stop to perform an immigration inspection and the driver, later identified as **Mehl Anthony MELTON**, continued to drive for approximately one-half mile. **MELTON** stopped briefly at the locked gate to the residence of **SELF**, then continued onto the property. BPAs made contact with the vehicle once **MELTON** made a complete stop on the property. **MELTON** and **SELF** both identified themselves as United States Citizens and BPAs observed three occupants in the rear seats. The three passengers, to include Candido De Jesus Silvestre-Hernandez, were all determined to be in the United States without the proper documentation to enter, pass through or remain in the United States legally.
**Continued on back.**

| MATERIAL WITNESSES IN RELATION TO THE CHARGE: | |
|---|---|
| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/pl *[signature]* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Ricardo Islava |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature: Eric J. Markovich]* | DATE<br>January 20, 2022 |

[1] See Federal rules of Criminal Procedure, Rules 3, 4.1, and 54

**Continued from front.**

Records checks revealed that Candido De Jesus Silvestre-Hernandez does not have the proper documentation to enter, pass through or remain in the United States legally. Silvestre-Hernandez was previously removed from the United States on February 2, 2018.

After waiving his *Miranda* rights, **MELTON** stated he travelled to Naco, Arizona to borrow money from a man he knows. **MELTON** stated this man wouldn't let him borrow money but instead wanted him to work for him by picking up non-citizens in Douglas, Arizona. **MELTON** stated he stayed the night at **SELF's** house and that today he transported **SELF** to Douglas to buy some drugs by Airport road. **MELTON** stated while on the way back to **SELF's** house, she asked him to pick up some people near Brooks road as they were guided by GPS. **MELTON** stated since they could not find anyone on Brooks road, they went to Kings highway and picked up three subjects near Massai lane. **MELTON** admitted to knowing the three subjects were non-citizens.

After waiving her *Miranda* rights, **SELF** stated she received a call by someone who offered her a job to go pick up non-citizens. **SELF** stated she was given several coordinates to go to and pick up non-citizens. **SELF** stated **MELTON** was with her and agreed to go with her. **SELF** stated if they were successful, they were going to transport the non-citizens to Phoenix, Arizona and admitted they were going to be paid $700 per non-citizen. **SELF** stated they left her property on Kings highway and drove to Massai lane and honked several times. **SELF** stated three non-citizens came out of the brush and got into the vehicle. **SELF** admitted to successfully transporting non-citizens approximately five times in the past.